CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 19 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HAROLD JASON PADGETT,<br>　　Plaintiff, | )<br>)<br>) | Civil Action No. 7:17-cv-00378 |
| v. | )<br>) | **ORDER** |
| SCOTT, et al.,<br>　　Defendants. | )<br>)<br>) | By:　Hon. Michael F. Urbanski<br>　　　Chief United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that any claims against the Duffield Regional Jail are **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1); the Duffield Regional Jail is **TERMINATED** as a defendant; and the Clerk shall **UPDATE** the caption.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This __18th__ day of September, 2017.

　　　　　　　　　　　　　/s/ Michael F. Urbanski
　　　　　　　　　　　　　Chief United States District Judge